No. 288.—Font, peticionario, *v*. Gore, etc., dmdos.—Jurisdicción Original. ■■■■■■■ Marzo 21, 1934.

Por los motivos consignados en la opinión emitida hoy en el recurso de *mandamus* No. 287, *Antonio Romero Moreno, peticionario*, v. *Robert H. Gore y Eugenio D. Delgado, demandados*, se ordena que el presente pleito, en cuanto el mismo interesa la reposición del peticionario, continúe y siga tramitándose contra Miguel A. Muñoz, Presidente de la Comisión de Servicio Público, y contra Blanton Winship, Gobernador de Puerto Rico.

No. 5954.—Salim, etc., apltes., *v*. Hernaiz Targa & Co., Sucrs., S. en C., et als., apldos.—C. D. San Juan. ■■■■■■ Marzo 23, 1934.

Por los fundamentos consignados en la opinión rendida hoy en el recurso 5953, *Manuel Miguel* v. *Hernaiz Targa & Co., Sucrs.*, y *otros*, se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan en diciembre 5, 1931, así como la resolución de noviembre 24, 1931, que declaró con lugar la excepción previa, y se devuelve el caso para ulteriores procedimientos.*

No. 5952.—Miguel, aplte., *v*. Álvarez, et als., apldos.—C. D. San Juan. ■■■■■■■ Marzo 23, 1934.

Por los fundamentos consignados en la opinión rendida hoy en el recurso 5953, *Manuel Miguel* v. *Hernaiz Targa & Co., Sucrs.*, y *otros*, se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan en diciembe 5, 1931, así como la resolución de noviembre 12, 1931, que declaró con lugar la excepción previa, y se devuelve el caso para ulteriores procedimientos.

---

* El Juez Asociado Señor Wolf está conforme con el resultado.